UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

TEYONA ABRIALLE WHITBY       *       Case No. 16-50883-AEC

                                               Chapter 13
                                 *

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $160.00 bi-weekly. (If the payments change over time include the following.) These plan payments change to $_____ weekly/monthly/semi-monthly/monthly on _____ , 2015.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| none | | |
| | | |

(c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| Navy Federal | 100.00 |
| | |
| | |

(d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. *See* §1325(a)

| NAME OF CREDITOR | AMOUNT DUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|
| none | | | | |
| | | | | |
| | | | | |

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| Navy Federal | 16547.00 | 11650.00 | 4.0 | 2013 Ford Focus | 280.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(f) Attorney fees ordered pursuant to 11 U.S.C. Sec. 507(a)(2) of $3,000.00 to be paid as follows: pay according to the administrative order.

MONTHLY PAYMENT AMOUNT

| Pursuant to the Current Administrative Order on Attorney Fee Awards |  |
|---|---|

(g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | AMOUNT DUE | ESTIMATED VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|
| none |  |  |  |  |
|  |  |  |  |  |

(h) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| none |  |

(i) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of ___%. (If this is left blank, no interest will be paid.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| none |  |

(j) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt:

(k) All other 11 U.S.C.§507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(l) The debtors(s) will be the disbursing agent on the following debts: none.

(m) Special provisions: If there is an arrearage due on a long term debt, and the claim is different than the amount listed in the plan, the debtor intends to pay the claim in full as filed, but reserves the right to object to the amount of the claim. The debtor reserves the right to object to the claim(s) of any creditor after confirmation.

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)

    (i) Debtor will pay all of his disposable income as shown on Form B22C of $__0____ to the non priority unsecured creditors in order to be eligible for a discharge.

    (ii) If the debtor filed a Chapter 7 case, the priority and other unsecured creditors would receive $___0___. Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge in this case.

    (iii) The debtor will pay $__0____ to the general unsecured creditors to be distributed pro rata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose one only) _0_% dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for the discharge.

    The debtor(s) will make payments for _____ months and anticipate a dividend of ___%, but will also exceed the highest amount shown in paragraph (n)(I), (n)(ii) or (n)(iii) above.

(p) Unless otherwise ordered by the court all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the court's jurisdiction, notwithstanding §1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the trustee shall remain in the possession of the debtor. All property in the possession and control of the debtor at the time of confirmation shall be insured by the debtor. The chapter 13 Trustee will not and is not required to insure assets and has no liability for injury to any person, damage or loss to any property in possession and control of the debtor or other property in possession and control of the debtor.

(q) Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

    May 16, 2016                                    /s/ TEYONA ABRIALLE WHITBY
                                                             _____
                                                             TEYONA ABRIALLE WHITBY

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

TEYONA ABRIALLE WHITBY        *        Case No. 16-50883-AEC

       Chapter 13
       *

## CERTIFICATION OF SERVICE

I, Wayne Gilleland, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on May 16, 2016 I served a copy of the within and foregoing Chapter 13 Plan on Camille Hope, Chapter 13 Trustee, and on each of the creditors listed on the attached sheet, either by electronic means, or by mailing a true and correct copy of the same with sufficient postage affixed thereto to each of them at the address shown after their name.

/s/ Wayne Gilleland

Wayne Gilleland
Attorney for Debtors

577 Mulberry Street
P. O. Box 104
Macon, Georgia 31202
(478) 745-6000
wgilleland@yahoo.com

Afni
1310 Martin Luther King Dr
Bloomington, IL 61701

Citibank/Best Buy
Centalized Bankruptcy/Citicorp Credit Se
Po Box 790040
Sanit Louis, MO 63179

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

FMA Alliance / Discover Card
12339 Cutten Rd.
Houston, TX 77066

Marks & Morgan Jeweler
375 Ghent Road
Akron, OH 44333

Medicredit Inc.
Po Box 1629
Maryland Heights, MO 63043

Military Star/AAFES
Po Box 650060
Dallas, TX 75265

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifiels, VA 22119

Navy Federal Credit Union
Po Box 3000
Merrifield, VA 22119

Progressive Management Systems
1521 W Cameron Ave
1st Floor
West Covina, CA 91790

SCE (Southern California Edison)
Attn: Bankruptcy
Po Box 600
Rosemead, CA 91770

Southern California Gas Company
c/o Aargon Collection Agency
8668 Spring Mountain Rd.
Las Vegas, NV 89117

Syncb/ashley Homestore
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Wfdillards
Credit Bureau Disp
Des Moines, IA 50306